UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

MICHAEL D. WRIGHT, SR.,                )
                                       )
                 Petitioner,           )
      vs.                              )     1:08-cv-697-DFH-WTL
                                       )
STATE OF INDIANA, et al.,              )
                                       )
                 Respondents.          )

# E N T R Y

This action in which Michael D. Wright, Sr., seeks a writ of habeas corpus was initially filed in the United States District Court for the Southern District of Florida as No. 07-21021-CIV-PCH and has now been transferred to this court twice. Based on the first transfer, the action was docketed as No. 4:08-cv-017-SEB-WGH. The second transfer, which was ordered on May 23, 2008, has been docketed as the present action.

Whatever the genesis of the two transfer orders, there is no reason for the proliferation of actions on this court's docket. This action will therefore be dismissed without prejudice as duplicative of No. 4:08-cv-017-SEB-WGH, and judgment consistent with this Entry shall now issue.

This Entry shall also be entered on the docket in No. 4:08-cv-017-SEB-WGH.

So ordered.

_____
DAVID F. HAMILTON, Chief Judge
United States District Court

Date:  6/4/2008

**NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.**